**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br>Plaintiffs,<br><br>v.<br><br>RUANE CONSTRUCTION, INC., an Illinois corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 24 C 8915<br>)<br>) Judge John J. Tharp<br>)<br>)<br>) Magistrate Judge Beth W. Jantz<br>)<br>) |

**MOTION FOR JUDGMENT IN SUM CERTAIN**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, LLP and pursuant to FRCP 55(b)(2) move for judgment in sum certain as stated in this Motion and the supporting Affidavits attached hereto as Exhibits 1 and 2. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on September 25, 2024 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service was made upon RUANE CONSTRUCTION, INC., an Illinois corporation on October 7, 2024.

3. Defendant is now in default on the Complaint and as supported by the attached Affidavits (Exhibits 1 and 2) the sums due are:

$47,954.91 Welfare
$57,122.21 Pension
$1,250.00 Attorneys fees
$468.00 Court costs
$106,795.12 Total

WHEREFORE, Plaintiffs pray for:

1.　　Entry of judgment in a sum certain against Defendant, RUANE CONSTRUCTION, INC., an Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of $106,795.12 with no just reason for delay in enforcement under FRCP 54(b).

                                        TRUSTEES OF THE SUBURBAN TEAMSTERS
                                        OF NORTHERN ILLINOIS PENSION AND
                                        WELFARE FUNDS

                                        s/John J. Toomey
                                        ARNOLD AND KADJAN, LLP
                                        35 E. Wacker Drive, Suite 600
                                        Chicago, IL 60601
                                        Telephone No.: (312) 236-0415
                                        Facsimile No.: (312) 341-0438
                                        Dated: November 5, 2024